ACCEPTED
15-24-00077-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/10/2025 10:18 AM
CHRISTOPHER A. PRINE
CLERK



# KEN PAXTON

ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1700
2/10/2025 10:18:13 AM
Cory.Scanlon@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

CORY A. SCANLON
Assistant Solicitor General

February 10, 2025

**Via Electronic Filing**

Mr. Christopher A. Prine
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701

> **Re:** *The State of Texas v. City of Austin et al.*, No. 15-24-00077-CV and *The State of Texas v. City of San Marcos et al.*, No. 15-24-00084-CV

Dear Mr. Prine:

In consideration of the Court's letter of February 5, 2025, regarding the structure of the arguments in the above styled causes, the State reserves 8 minutes for rebuttal.

Respectfully submitted.

/s/ Cory A. Scanlon

Cory A. Scanlon
Assistant Solicitor General
State Bar No. 24104599

Counsel for Appellant

cc: All counsel of record (via electronic filing)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 97166563
Filing Code Description: Letter
Filing Description: 2025 0210 Notice re rebuttal_Final Austin MJ ORD
Status as of 2/10/2025 10:24 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Briana Nicholson | | briana.nicholson@austintexas.gov | 2/10/2025 10:18:13 AM | SENT |
| Anne Morgan | 14432400 | morgananne62@aol.com | 2/10/2025 10:18:13 AM | SENT |
| Meghan Riley | 24049373 | mriley@earthjustice.org | 2/10/2025 10:18:13 AM | SENT |
| Sara Schaefer | 24086598 | sara.schaefer@austintexas.gov | 2/10/2025 10:18:13 AM | SENT |
| Brandon Mickle | 24123140 | Brandon.mickle@oag.texas.gov | 2/10/2025 10:18:13 AM | SENT |
| Hannah Vahl | | hannah.vahl@austintexas.gov | 2/10/2025 10:18:13 AM | SENT |
| Jessica Martinez | | jessica.martinez4@austintexas.gov | 2/10/2025 10:18:13 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 2/10/2025 10:18:13 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 2/10/2025 10:18:13 AM | SENT |